UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| IN THE MATTER OF | MISC. NO. |
| MAUI POLICE DEPARTMENT, | DECLARATION OF GLEN R. PASCUAL |
| Petitioner/Movant, | |
| vs. | |
| CHRISTOPHER GRINDLING, | |
| Respondent. | |

## **DECLARATION OF GLEN R. PASCUAL**

1.     I am a duly appointed Deputy Corporation Counsel and am one of the attorneys representing the Petitioner Maui Police Department (MPD) in responding to a subpoena served in the above-entitled matter.

2.     I make this declaration upon personal knowledge and am competent to testify to the matters stated herein.

3.     Attached as Exhibit "A" is a true and correct copy of the *Subpoena to Produce Documents, Information, or Objects in a Criminal Case*, Cr No. 25-00066 LEK ("Subpoena"), dated February 18, 2026 in connection with a Federal criminal case entitled United States of America vs. Christopher Grindling, Cr. No. 25-00066 LEK, U.S. District Court, District of Hawaii, which is the subject of this motion.

4. MPD conducted a search of the police records requested in this case resulting in four (4) reports responsive to the above-request: 23017708, 24024679, 25019104 and 25019966.

5. I was informed by Crystal Dunn of the Records Division of the Maui Police Department that report number 24024679 is still an open and ongoing investigation.

I declare under penalty of law that the foregoing is true and correct.

DATED: Wailuku, Maui, Hawaii, March 24, 2026.

_____
GLEN R. PASCUAL