# EXHIBIT "A"

AO 89B  (07/16)  Subpoena to Produce Documents, Information, or Objects in a Criminal Case

# UNITED STATES DISTRICT COURT

for the

District of Hawaii

| United States of America | )  |
|---|---|
| v. | ) |
|  | ) |
| Christopher Gindling | ) |
| *Defendant* | ) |

Case No.   Cr No. 25-00066 LEK

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS IN A CRIMINAL CASE

To:   Custodian of Records, Maui Police Department
55 Mahalani St, Wailuku, HI 96793

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following books, papers, documents, data, or other objects:

| Place: Custodian of Records, Maui Police Department<br>55 Mahalani St, Wailuku, HI 96793 | Date and Time:<br>Within two (2) weeks from the date of service of the subpoena, either in person, by mail or by facsimile |
|---|---|

Certain provisions of Fed. R. Crim. P. 17 are attached, including Rule 17(c)(2), relating to your ability to file a motion to quash or modify the subpoena; Rule 17(d) and (e), which govern service of subpoenas; and Rule 17(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

*(SEAL)*

Date:   February 18, 2026



CLERK OF COURT

/s/ Lucy H. Carrillo, Clerk by EA, Deputy Clerk

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____ _____ , who requests this subpoena, are:
ANDREW M. KENNEDY; 75-167 Kalani St., Ste. 201, Kailua-Kona, HI 96740; email: andrew@kona-lawyer.com; Phone: (808) 987-7275; Fax: (808) 443-0339

### Notice to those who use this form to request a subpoena

Before requesting and serving a subpoena pursuant to Fed. R. Crim. P. 17(c), the party seeking the subpoena is advised to consult the rules of practice of the court in which the criminal proceeding is pending to determine whether any local rules or orders establish requirements in connection with the issuance of such a subpoena. If no local rules or orders govern practice under Rule 17(c), counsel should ask the assigned judge whether the court regulates practice under Rule 17(c) to 1) require prior judicial approval for the issuance of the subpoena, either on notice or ex parte; 2) specify where the documents must be returned (e.g., to the court clerk, the chambers of the assigned judge, or counsel's office); and 3) require that counsel who receives produced documents provide them to opposing counsel absent a disclosure obligation under Fed. R. Crim. P. 16.

Please note that Rule 17(c) (attached) provides that a subpoena for the production of certain information about a victim may not be issued unless first approved by separate court order.

# EXHIBIT "A"

*USA V. Christoper Gindling*
*CR. NO. 25-000066 LEW*
*Continuation Sheet*

**YOU ARE COMMANDED** to produce at the time, date, and place set forth below the documents, data, or other objects:

1. Any previously issued search warrants and related documents targeting CHRISTOPHER GRINDLING and/or his effects or property or residence. To include, but not limited to, a search warrant issued on or about 2020 for Mr. Grindling's residence located at 49 Meli Place, Kahului, HI, and a green jeep associated with Mr. Grindling. This requests includes: (1) affidavit(s) in support of search warrant(s); (2) search warrant(s); and (3) return on search warrant(s).

2. Any police reports involving Officer Calvin Dawn, Police Officer II, and CHRISTOPHER GRINDLING, including any uncharged interactions. This includes but not limited to the multiple times that Officer Dawn has observed the interior of Grindling's house, as referenced in paragraph 30 of Affidavit in Support of Search Warrants ESW2025-0365, 0366, 0367, dated July 2, 2025.

3. Any reports or information relied upon by Officer Calvin Dawn, Police Officer II, as referenced in paragraph 22(a)-(f) of Affidavit in Support of Search Warrants ESW2025-0365, 0366, 0367, dated July 2, 2025. The

identity of confidential informants is not included in this request, however the details of the information provided to Officer Dawn is being requested. This includes: (a) Oral and written reports about this and other investigations which I [Calvin Dawn] have received, directly or indirectly, from other "investigative or law enforcement officers" as that term is defined pursuant to HRS §803-41; (b) Physical surveillance conducted by such investigative or law enforcement officers; (c) Independent investigations by the Maui Police Department; (d) Debriefings, interviews, or other oral or written statements of the above-named target subject(s), confidential informants [with their identity redacted] and other witnesses; (e) A review of records to include criminal history records, and public information records; and (f) Review of public websites and public social media websites and/or pages (i.e. Facebook, Instagram, ".com" websites).

AO 89B  (07/16)  Subpoena to Produce Documents, Information, or Objects in a Criminal Case  (Page 2)

Case No.

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☒ I served the subpoena by delivering a copy to the named person as follows:  Crystal Dunn

_____    on *(date)*  02/20/2026  ; or

❏ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____  for travel and $ _____  for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  02/20/2026

_____
Server's signature

A. Titcombe  DUSM
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc.: